472 A.2d 236

Commonwealth v. Hawkins a/k/a Bucky, Appellant.
Petition for Allowance of Appeal
Denied May 14, 1984.

Submitted October 14, 1983. Richard S. Levine, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Judgment of sentence affirmed.

472 A.2d 236

Commonwealth v. Jones, Appellant.
Petition for Allowance of Appeal
Denied May 11, 1984.

Argued October 5, 1983. Morton Gordesky, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.